UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 22-19451-PDR |
| FedNat Holding Company, *et al*[1], ) | Chapter 11 |
| ) | (Joint Administration Requested) |
| ) | |
| Debtors. ) | |
| ) | Adv. Proc. No.: 23-01111-PDR |
| FedNat Holding Company ) | |
| Plaintiff, ) | |
| v. ) | |
| CHW Group, Inc. ) | |
| Defendant. ) | |

**PLAINTIFF'S VERIFIED MOTION FOR ENTRY OF JUDICIAL DEFAULT
AND FINAL JUDGMENT**

COMES NOW FedNat Holding Company ("**Plaintiff**"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 7055(b) and Rule 7055-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, files this Motion for Entry of Judicial Default and Final Judgment ("**Motion**"), stating to the Court as follows:

1. On May 9, 2023, the Plaintiff filed a Complaint ("**Complaint**") against Defendant CHW Group, Inc. ("**Defendant**") for breach of contract. Pursuant to the Complaint, the Plaintiff

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' federal tax identification numbers are: FedNat Holding Company (8866); FedNat Underwriters, Inc. (8533); ClaimCor, LLC (7581); Century Risk Insurance Services, Inc. (1854); and Insure-Link, Inc. (6769). The Debtors' headquarters are located at 1 East Broward, Suite 700, Fort Lauderdale, FL 33301.

seeks judgment in the amount of $122,073.72 plus interest and attorneys fees and costs against the Defendant.

2. On May 10, 2023, the Court issued a Summons in this action.

3. The Summons and Complaint in this action were served on the Defendant on May 10, 2023, via first-class United States mail.

4. A Certificate of Service was filed with the Court on May 10, 2023 [ECF No. 5].

5. Pursuant to Federal Rule of Bankruptcy Procedure 7012(a), the Defendant was required to file its answer to the Complaint by May 9, 2023 — thirty (30) days after the issuance of the Summons.

6. As set forth in the Plaintiff's Verified Notice of Default and Request for Entry of Default, on May 26, 2023, following the service of the summons and complaint, Attorney Richard M. Grace, in-house counsel for the Defendant, contacted Plaintiff's counsel regarding a thirty-day extension to answer the complaint [ECF No. 7].

7. On July 5, 2023, Attorney Frank B.B. Knowlton, contacted Richard Grace regarding the proposed scheduling order to be discussed and prepared for submission to the Court following the scheduling conference scheduled for July 19, 2023. No response or comments regarding the proposed order have been received.

8. Notwithstanding the contact from counsel, no answer has been filed and the time within which the Defendant may answer or otherwise respond to the Complaint pursuant to Rule 7012 of the Bankruptcy Rules, and including an additional thirty-day extension, has expired.

9. The Defendant has failed to timely answer or otherwise respond to the Complaint and the time for Defendant to answer or otherwise respond has not been extended. Pursuant to

Rule 7055 of the Federal Rules of Bankruptcy Procedure, cause exists for granting the Plaintiff judgment by default.

10. A scheduling conference was held on July 19, 2023. No appearance was made by the Defendant.

11. The Clerk filed their Entry of Default on July 19, 2023 [ECF No. 8].

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that this Court enter an order in the form attached hereto as **Exhibit A**: (i) granting the Motion; (ii) entering judicial default against the Defendant; (iii) granting default judgment for the Plaintiff and against the Defendant, CHW Group, Inc., in the amount of $122,073.72, plus interest at the statutory rate from May 9, 2023 until paid, attorneys fees in the amount of $8,662.00, plus costs in the amount of $350.00 as further set forth in the Affidavit of Attorneys Fees and Costs attached hereto as **Exhibit B**; and (iv) granting such further relief as it deems proper.

Dated: July 28, 2023

Respectfully submitted,

*/s/ Shane G. Ramsey*
Shane G. Ramsey
Florida Bar No.: 0026842
shane.ramsey@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

NELSON MULLINS RILEY & SCARBOROUGH LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
Phone: (615) 664-5300
Facsimile: (615) 664-5399

Scott D. Knapp
Florida Bar No. 016688
Scott.Knapp@NelsonMullins.com

3

NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

and

Frank B.B. Knowlton
*Admitted Pro Hac Vice*
frank.knowlton@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
Telephone: (803) 799-2000
Facsimile: (803) 256-7500

*Counsel for the Plaintiff*

## VERIFICATION

The foregoing Motion for Entry of Judicial Default and Final Judgment is true and correct to the best of the undersigned's knowledge.

/s/ Shane G. Ramsey
Shane G. Ramsey

4

# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 22-19451-PDR |
| FedNat Holding Company, *et al*[2], ) | Chapter 11 |
| ) | (Joint Administration Requested) |
| ) | |
| Debtors. ) | |
| ) | Adv. Proc. No.: 23-01111-PDR |
| FedNat Holding Company ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHW Group, Inc. ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ENTRY OF JUDICIAL DEFAULT
AND FINAL JUDGMENT AGAINST CHW GROUP, INC.**

This matter came before the Court on _____, 2023 upon the *Plaintiff's Verified Motion for Entry of Judicial Default and Final Judgment Against CHW Group, Inc.* [ECF No.___] (the "**Motion**"). The Court having considered the Motion, finding good cause, hereby ORDERS that:

1. The Motion is GRANTED.

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' federal tax identification numbers are: FedNat Holding Company (8866); FedNat Underwriters, Inc. (8533); ClaimCor, LLC (7581); Century Risk Insurance Services, Inc. (1854); and Insure-Link, Inc. (6769). The Debtors' headquarters are located at 1 East Broward, Suite 700, Fort Lauderdale, FL 33301.

2.    A judicial default is entered in this action against Defendant, CHW Group, Inc., for failure to file or serve any answer as required by law.

2.    Final judgment is hereby entered in favor of the Plaintiff, FedNat Holding Company, against the Defendant CHW Group, Inc., in the total sum of One Hundred Twenty-Two Thousand Seventy-Three and 72/100 ($122,073.72) Dollars, plus interest at the applicable federal rate from the date of this judgment, plus attorneys fees and costs in the amount of Nine Thousand Twelve and 00/100 ($9,012.00) Dollars.

###

Shane G. Ramsey
Florida Bar No.: 0026842
shane.ramsey@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

(Shane G. Ramsey, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.)

# **Exhibit B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 22-19451-PDR |
| FedNat Holding Company, *et al*[3], ) | Chapter 11 |
| ) | (Joint Administration Requested) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | Adv. Proc. No.: 23-01111-PDR |
| FedNat Holding Company ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHW Group, Inc. ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF SHANE M. RAMSEY AS TO ATTORNEYS FEES AND COSTS

1. I am a partner with the law firm of Nelson Mullins Riley & Scarborough LLP and I am one of the attorneys in this case representing the Plaintiff. As such, I have personal knowledge regarding the facts contained in this Affidavit.

2. The following services caused the Plaintiff to incur the following attorneys fees in connection with this action:

---

[3] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' federal tax identification numbers are: FedNat Holding Company (8866); FedNat Underwriters, Inc. (8533); ClaimCor, LLC (7581); Century Risk Insurance Services, Inc. (1854); and Insure-Link, Inc. (6769). The Debtors' headquarters are located at 1 East Broward, Suite 700, Fort Lauderdale, FL 33301.

| Date | Timekeeper | Task | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/3/23 | John Baxter | Draft letter to Choice Home Warranty regarding sublease rent. | 1.6 | $550.00 | $880.00 |
| 3/14/23 | Shane Ramsey | Address issues re money owed by Choice Home Warranty and exchange emails re same. | 0.5 | $750.00 | $375.00 |
| 3/16/23 | Shane Ramsey | Teleconference with counsel for Home Choice Warranty re various claim issues re sub-lease and exchange emails re same. | 0.5 | $750.00 | $375.00 |
| 4/11/23 | Shane Ramsey | Email to counsel for Home Choice Warranty re rent payment demand and begin drafting complaint on same. | 0.9 | $750.00 | $300.00 |
| 4/12/23 | Shane Ramsey | Review and analysis of Home Choice Warranty rent demand issues. | 0.4 | $750.00 | $300.00 |
| 4/17/23 | Shane Ramsey | Draft Home Choice Warranty complaint. | 1.1 | $750.00 | $825.00 |
| 5/9/23 | Shane Ramsey | Finalize and file CHW complaint. | 0.6 | $750.00 | $450.00 |
| 5/10/23 | Shane Ramsey | Review and analysis of CHW AP scheduling order and address issues re service of Complaint. | 0.6 | $750.00 | $450.00 |
| 5/10/23 | Linnea Hann | Determine current registered agent for CHW Group and prepare cover letter to serve complaint. | 1.1 | $415.00 | $456.50 |
| 5/10/23 | Linnea Hann | Prepare certificates of service as to Summons, Complaint and Order Setting Deadlines and submit same electronically to the Court for filing. | 0.9 | $415.00 | $373.50 |
| 6/9/23 | Shane Ramsey | Address issues re Choice Home Warranty settlement potential. | 0.3 | $750.00 | $225.00 |
| 6/12/23 | Frank Knowlton | Conference Keith Poston and Shane Ramsey regarding CHW settlement negotiations. | 0.3 | $825 | $247.50 |
| 6/12/23 | Shane Ramsey | Exchange emails and address issues re Choice Home Warranty settlement potential. | 0.4 | $750.00 | $300.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/13/23 | Frank Knowlton | Review Adversary complaint against CHW and exhibits to same. | 0.6 | $825.00 | $495.00 |
| 6/13/23 | Linnea Hann | Conference with Attorney Knowlton regarding disposition of CHW Adversary. | 0.2 | $415.00 | $83.00 |
| 7/3/23 | Frank Knowlton | Review CHW Adversary Complaint, exhibits, and Order Setting Scheduling Conference and related deadlines. | 0.6 | $825.00 | $495.00 |
| 7/3/23 | Frank Knowlton | Prepare draft Scheduling Order for CHW Adversary. | 0.6 | $825.00 | $495.00 |
| 7/3/23 | Linnea Hann | Prepare draft scheduling order for CHW Adversary matter and assemble filings in CHW Adversary to assist Attorney Knowlton with preparation for meet and confer call with opposing counsel | 0.6 | $415.00 | $249.00 |
| 7/5/23 | Linnea Hann | Revisions to proposed scheduling order for CHW Adversary matter. | 0.2 | $415.00 | $83.00 |
| 7/11/23 | Scott Knapp | Attention to issues pertaining to CHW adversary action against subtenant including analysis of issues relating to prior correspondence with opposing counsel, scheduling order, default, etc. | 0.7 | $695.00 | $486.50 |
| 7/11/23 | Frank Knowlton | Review Docket regarding CHW Adversary Proceeding status and review service of process and settlement negotiations regarding same. | 0.4 | $825.00 | $330.00 |
| 7/11/23 | Linnea Hann | Prepare timeline of events in CHW adversary and assemble potential exhibits to assist with motion for default judgment. | 0.6 | $415.00 | $249.00 |
| 7/14/23 | Scott Knapp | Further evaluation and review of issues to ensure proper strategy for seeking default against CHW. | 0.2 | $395.00 | $139.00 |
| | | **TOTAL:** | **13.9** | | **$8,662.00** |

3.  Nelson Mullins spent a total of 13.9 hours, totaling fees in the amount of $8,662.00, representing the fees for the necessary services performed in connection with this adversary matter and are sums the Plaintiff has paid or will be obligated to pay.

11

4. Furthermore, the Plaintiff has incurred $350.00 in costs for the filing fees in this matter.

5. Pursuant to 11 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true to the best of my information, knowledge, and belief.

FURTHER, AFFIANT SAYTH NAUGHT.

                                                _____
Shane G. Ramsey
Florida Bar No.: 0026842
shane.ramsey@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
Phone: (615) 664-5300
Facsimile: (615) 664-5399

*Attorney for FedNat Holding Company*

July 28, 2023